**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda K. Green, | No. CV-07-1382-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff commenced this action on July 17, 2007, seeking judicial review of Defendant's decision denying her application for social security benefits. Dkt. #1. Pursuant to the parties' stipulation, the Court remanded the case to allow Defendant time to locate the missing audio tape of Plaintiff's administrative hearing. Dkt. ##14-15.

Plaintiff filed an application for costs on June 2, 2008, arguing that Defendant should be ordered to pay Plaintiff her filing fee because the case had to be remanded due to the fact that Defendant had lost the hearing tape. Dkt. #17. The hearing tape has been found, and this case has been reopened. Dkt. ##18-19. The Court therefore will deny Plaintiff's application without prejudice.

/ / /

/ / /

1    **IT IS ORDERED** that Plaintiff's application for costs (Dkt. #17) is **denied** without prejudice.

DATED this 6th day of August, 2008.

_____
David G. Campbell
United States District Judge